## UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

**JENNIFER STARR MICKELSON,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 03-2294-CM**

**NEW YORK LIFE INSURANCE COMPANY,**

        **Defendant.**

### JUDGMENT IN A CIVIL CASE

**Decision by Court.**　This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Memorandum and Order entered January 24, 2005, plaintiff to take nothing and this action is dismissed on the merits. Defendant to recover of plaintiff its costs of action.

Date:　January 24, 2005　　　　　　　　　　　　RALPH L. DeLOACH, CLERK

　　　　　　　　　　　　　　　　　　　　　　　By: s/ Jane Casady
　　　　　　　　　　　　　　　　　　　　　　　　　Jane Casady, Deputy Clerk